| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Rick E. Smith** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–3873** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Patricia L. Smith** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–3389** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter | **7   4/19/19** |
| Case number:   **19–11377** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rick E. Smith | Patricia L. Smith |
| 2. | **All other names used in the last 8 years** | | aka Patty L. Lee |
| 3. | **Address** | 14061 Franklin Court <br> Plainfield, IL 60544 | 14061 Franklin Court <br> Plainfield, IL 60544 |
| 4. | **Debtor's attorney** <br> Name and address | David M Siegel <br> David M. Siegel & Associates <br> 790 Chaddick Drive <br> Wheeling, IL 60090 | Contact phone 847 520–8100 <br> Email:  davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Cindy M. Johnson <br> Johnson Legal Group, LLC <br> 140 S. Dearborn Street, Suite 1510 <br> Chicago, IL 60603 | Contact phone 312–345–1306 <br> Email: cmjtrustee@jnlegal.net |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 4/22/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 21, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**807 W. John Street, First Floor, Yorkville, IL 60560** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/22/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 19-11377-PSH
Rick E. Smith                                                             Chapter 7
Patricia L. Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lorsmith              Page 1 of 2              Date Rcvd: Apr 22, 2019
                              Form ID: 309A               Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
```
db/jdb         +Rick E. Smith,    Patricia L. Smith,    14061 Franklin Court,    Plainfield, IL 60544-6098
27766178       +Anesthesia Associates,    PO Box 686,    DeKalb, IL 60115-0686
27766186        CB/HSN,    PO Box 182120,    Columbus, OH 43218-2120
27766187       +CB/Meijer Inc.,    PO Box 182789,    Columbus, OH 43218-2789
27766189        CB/Ulta MC,    PO Box 182120,    Columbus, OH 43218-2120
27766190       +Certified Services,    1300 N Skokie Hwy Suite 3A,    Gurnee, IL 60031-2144
27766192       +Chase Manhattan Mortgage,    Attn:Bankruptcy Dept.,    3415 Vision Dr.,    Columbus, OH 43219-6009
27766193       +Chase Mortgage,    Bankruptcy Department,    700 Kansas Lane, LA4-6945,    Monroe, LA 71203-4774
27766199        Fed Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
27766205       +JH Portfolio debt Equities,    21800 Oxnard Street,    Woodland Hills, CA 91367-3633
27766209        Medical Business Bureau, LLC,    1460 Renaissance Dr., Ste 400,    Park Ridge, IL 60068-1349
27766214       +Navient,    123 Justison Street 3rd Floor,    Wilmington, DE 19801-5363
27766216        Portfolio Recovery Associates,    Bankruptcy Department,    500 W. 1st Ave,
                 Hutchinson, KS 67501-5222
27766219       +Swedish Convent Hospital,    5145 N. California Ave,    Chicago, IL 60625-3687
27766230       +Target NB,    CCS Gray OPS Center,    PO Box 6497,    Sioux Falls, SD 57117-6497
27766234        Wintrust Mortgage Corp,    1 South 660 Midwest Road,    Suite 100,    Villa Park, IL 60181

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Apr 23 2019 01:01:56      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr             +EDI: QCMJOHNSON.COM Apr 23 2019 04:53:00      Cindy M. Johnson,    Johnson Legal Group, LLC,
                 140 S. Dearborn Street, Suite 1510,    Chicago, IL 60603-5214
27766177       +EDI: GMACFS.COM Apr 23 2019 04:53:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
27766179       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Apr 23 2019 01:04:15      Armor Systems Co,
                 1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
27766180       +EDI: TSYS2.COM Apr 23 2019 04:53:00      Barclays Bank Delaware,    125 S. West St.,
                 Wilmington, DE 19801-5014
27766181       +E-mail/Text: bk@blittandgaines.com Apr 23 2019 01:02:45      Blitt and Gaines, P.C.,
                 Bankrupty Department,    661 N. Glenn Ave.,    Wheeling, IL 60090-6017
27766182        EDI: CAPITALONE.COM Apr 23 2019 04:53:00      Cap One,    15000 Capital One Dr,
                 Richmond, VA 23238
27766185        EDI: CAPITALONE.COM Apr 23 2019 04:53:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
27766188       +EDI: WFNNB.COM Apr 23 2019 04:53:00      CB/pier 1,    4590 E Broad St,    Columbus, OH 43213-1301
27766183       +EDI: CAPITALONE.COM Apr 23 2019 04:53:00      Cap One,    10700 Capital One Way,
                 Richmond, VA 23060-9243
27766184       +EDI: CAPITALONE.COM Apr 23 2019 04:53:00      Cap1/mnrds,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
27766191       +EDI: CHASE.COM Apr 23 2019 04:53:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
27766195       +EDI: CITICORP.COM Apr 23 2019 04:53:00      Citi,    Attn: Bankruptcy Department,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
27766196        EDI: CITICORP.COM Apr 23 2019 04:53:00      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
27766194        EDI: CITICORP.COM Apr 23 2019 04:53:00      Citi,    701 E. 60th St. B,
                 Sioux Falls, SD 57104-0493
27766197       +EDI: CITICORP.COM Apr 23 2019 04:53:00      Citibank NA,    PO Box 769006,
                 San Antonio, TX 78245-9006
27766198       +EDI: CBS7AVE Apr 23 2019 04:53:00      Country Door,    1112 7th Ave.,    Monroe, WI 53566-1364
27766201        EDI: BLUESTEM Apr 23 2019 04:53:00      FINGERHUT/WEBBANK,    6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
27766200        EDI: BLUESTEM Apr 23 2019 04:53:00      Fingerhut,    PO Box 1250,    Saint Cloud, MN 56395-1250
27766202        EDI: AMINFOFP.COM Apr 23 2019 04:53:00      First Premier,    3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
27766203       +EDI: AMINFOFP.COM Apr 23 2019 04:53:00      First Premier Bank,    Bankruptcy Department,
                 PO Box 5523,    Sioux Falls, SD 57117-5523
27766204       +EDI: CBS7AVE Apr 23 2019 04:53:00      Ginny’s,    c/o Swiss Colony,    1112 7th Ave.,
                 Monroe, WI 53566-1364
27766206        EDI: CBSKOHLS.COM Apr 23 2019 04:53:00      Kohl/Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
27766206        E-mail/Text: bncnotices@becket-lee.com Apr 23 2019 01:02:29      Kohl/Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
27766207       +EDI: RESURGENT.COM Apr 23 2019 04:53:00      LVNV Funding,    PO Box 10587,
                 Greenville, SC 29603-0587
27766208       +EDI: TSYS2.COM Apr 23 2019 04:53:00      Macy’s,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
27766210       +EDI: MID8.COM Apr 23 2019 04:53:00      Midland Credit Management, Inc.,    Bankruptcy Department,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
27766211       +EDI: MID8.COM Apr 23 2019 04:53:00      Midland Funding LLC,    2365 Northside Drive, Ste. 300,
                 San Diego, CA 92108-2709
27766212       +EDI: MID8.COM Apr 23 2019 04:53:00      Midland Funding, LLC,    Bankruptcy Department,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
```

```
District/off: 0752-1           User: lorsmith              Page 2 of 2                  Date Rcvd: Apr 22, 2019
                               Form ID: 309A               Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
27766213      +EDI: CBS7AVE Apr 23 2019 04:53:00      Montgomery Wards,    1112 7th Ave.,
               Monroe, WI 53566-1364
27766215       EDI: PRA.COM Apr 23 2019 04:53:00      Portfolio Recovery Associates,
               120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
27766222       EDI: RMSC.COM Apr 23 2019 04:53:00      SYNCB/AMAZON PLCC,    PO Box 965015,
               Orlando, FL 32896-5015
27766223       EDI: RMSC.COM Apr 23 2019 04:53:00      SYNCB/BP,    PO Box 965015,    Orlando, FL 32896-5015
27766224       EDI: RMSC.COM Apr 23 2019 04:53:00      SYNCB/JC PENNEY DC,    PO Box 965007,
               Orlando, FL 32896-5007
27766225       EDI: RMSC.COM Apr 23 2019 04:53:00      SYNCB/JC Penneys,    PO Box  965036,
               Orlando, FL 32896-5036
27766227       EDI: RMSC.COM Apr 23 2019 04:53:00      SYNCB/Pay Pal,    Bankrupcty Notice,    P.o Box 965005,
               Orlando, FL 32896-5005
27766229       EDI: RMSC.COM Apr 23 2019 04:53:00      SYNCB/WALMART,    PO Box 965024,    Orlando, FL 32896-5024
27766217       EDI: CBS7AVE Apr 23 2019 04:53:00      Seventh Avenue,    1112 7th Ave.,    Monroe, WI 53566-1364
27766218       E-mail/Text: rev.bankruptcy@illinois.gov Apr 23 2019 01:03:08
               State of Illinois Department of Rev,     PO Box 19043,    Springfield, IL 62794-9043
27766220      +EDI: CBS7AVE Apr 23 2019 04:53:00      Swiss Colony,    1112 7th Ave.,    Monroe, WI 53566-1364
27766221      +EDI: CBS7AVE Apr 23 2019 04:53:00      Swiss Colony,    1515 S. 21st St.,
               Clinton, IA 52732-6676
27766226      +EDI: RMSC.COM Apr 23 2019 04:53:00      Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
27766228      +EDI: RMSC.COM Apr 23 2019 04:53:00      Syncb/tjx Cos Dc,    Po Box 965005,
               Orlando, FL 32896-5005
27769578      +EDI: RMSC.COM Apr 23 2019 04:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
27766231      +EDI: WTRRNBANK.COM Apr 23 2019 04:53:00      Target NB,    Attn:Bankruptcy Dept.,    PO Box 673,
               Minneapolis, MN 55440-0673
27766232      +EDI: CITICORP.COM Apr 23 2019 04:53:00      Thd/cbna,    Po Box 6497,
               Sioux Falls, SD 57117-6497
27766233      +EDI: BLUESTEM Apr 23 2019 04:53:00      WEBBANK/FINGERHUT,    6250 Ridgewood Rd.,
               Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 47

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
              Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.axosfs.com
              David M Siegel    on behalf of Debtor 1 Rick E. Smith davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              David M Siegel    on behalf of Debtor 2 Patricia L. Smith davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 4
```