NITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Rick E. Smith<br>Patricia L. Smith<br><br>Debtor(s). | Case # 19-11377<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis<br><br>Set for August 2, 2019 at 10:00 a.m. |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on August 2, 2019, at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois, or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present **TRUSTEE'S MOTION TO SELL 14061 FRANKLIN CT., PLAINFIELD, IL 60544 FREE AND CLEAR OF LIENS AND ENCUMBRANCES** , a copy of which is attached hereto and hereby served upon you.

        /s/ Carleen L Cignetto

Cindy M. Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S. Dearborn Street,
Suite 1510
Chicago, IL 60603
(312) 345-1306

## CERTIFICATE OF SERVICE

    I, Carleen L Cignetto, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on July 12, 2019.

        /s/ Carleen L Cignetto

## SERVICE LIST

**Electronic Mail Notice List**

- Cindy M. Johnson    cjohnson@jnlegal.net, KLindsey@jnlegal.net
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.axosfs.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David M Siegel    davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

**Manual Notice List**

**US Mail**
Rick E. Smith
Patricia L. Smith
14061 Franklin Court
Plainfield, Il  60544


Kim Wirtz
Century 21 Affiliated
1213 E 9th Street
Lockport, IL 60441

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541


**SEE ATTACH SERVICE LIST**

SERVICE LIST

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

Anesthesia Associates
PO Box 686
DeKalb, IL 60115-0686

Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099-5105

Barclays Bank Delaware
125 S. West St.
Wilmington, DE 19801-5014

Blitt and Gaines, P.C.
Bankrupty Department
661 N. Glenn Ave.
Wheeling, IL 60090-6017

Cap One
10700 Capital One Way
Richmond, VA 23060-9243

Cap1/mnrds
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Cavalry SPV I, LLC as assignee of Citibank,
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

CB/HSN
PO Box 182120
Columbus, OH 43218-2120

CB/Meijer Inc.
PO Box 182789
Columbus, OH 43218-2789

CB/pier 1
4590 E Broad St
Columbus, OH 43213-1301

CB/Ulta MC
PO Box 182120
Columbus, OH 43218-2120

Certified Services
1300 N Skokie Hwy Suite 3A
Gurnee, IL 60031-2144

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chase Manhattan Mortgage
Attn:Bankruptcy Dept.
3415 Vision Dr.
Columbus, OH 43219-6009

Chase Mortgage
Bankruptcy Department
700 Kansas Lane, LA4-6945
Monroe, LA 71203-4774

Citi
PO Box 6500
Sioux Falls, SD 57117-6500

Citi
701 E. 60th St. B
Sioux Falls, SD 57104-0493

Citi
Attn: Bankruptcy Department
PO Box 6241
Sioux Falls, SD 57117-6241

Citibank NA
PO Box 769006
San Antonio, TX 78245-9006

Country Door
1112 7th Ave.
Monroe, WI 53566-1364

Fed Loan Servicing
PO Box 60610
Harrisburg, PA 17106-0610

Fingerhut
PO Box 1250
Saint Cloud, MN 56395-1250

FINGERHUT/WEBBANK
6250 Ridgewood Rd.
Saint Cloud, MN 56303-0820

Ginny's
c/o Swiss Colony
1112 7th Ave.
Monroe, WI 53566-1364

First Premier
3820 N. Louise Ave.
Sioux Falls, SD 57107-0145

First Premier Bank
Bankruptcy Department
PO Box 5523
Sioux Falls, SD 57117-5523

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

JH Portfolio debt Equities
21800 Oxnard Street
Woodland Hills, CA 91367-3633

Kohl/Capital One
PO Box 3115
Milwaukee, WI 53201-3115

LVNV Funding
PO Box 10587
Greenville, SC 29603-0587

Macy's
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

Medical Business Bureau, LLC
1460 Renaissance Dr., Ste 400
Park Ridge, IL 60068-1349

Midland Credit Management, Inc.
Bankruptcy Department
8875 Aero Drive, Ste 200
San Diego, CA 92123-2255

Midland Funding LLC
2365 Northside Drive, Ste. 300
San Diego, CA 92108-2709

Midland Funding, LLC
Bankruptcy Department
2365 Northside Drive, Suite 300
San Diego, CA 92108-2709

Montgomery Wards
1112 7th Ave.
Monroe, WI 53566-1364

Navient
123 Justison Street 3rd Floor
Wilmington, DE 19801-5363

PORTFOLIO RECOVERY
ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery Associates
Bankruptcy Department
500 W. 1st Ave
Hutchinson, KS 67501-5222

Seventh Avenue
1112 7th Ave.
Monroe, WI 53566-1364

Swedish Convent Hospital
5145 N. California Ave
Chicago, IL 60625-3687

Swiss Colony
1112 7th Ave.
Monroe, WI 53566-1364

Swiss Colony
1515 S. 21st St.
Clinton, IA 52732-6676

SYNCB/BP
PO Box 965015
Orlando, FL 32896-5015

SYNCB/JC PENNEY DC
PO Box 965007
Orlando, FL 32896-5007

SYNCB/JC Penneys
PO Box 965036
Orlando, FL 32896-5036

Syncb/lowes
Po Box 965005
Orlando, FL 32896-5005

SYNCB/Pay Pal
Bankrupcty Notice
P.o Box 965005
Orlando, FL 32896-5005

Syncb/tjx Cos Dc
Po Box 965005
Orlando, FL 32896-5005

SYNCB/WALMART
PO Box 965024
Orlando, FL 32896-5024

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-102

Target NB
Attn:Bankruptcy Dept.
PO Box 673
Minneapolis, MN 55440-0673

Target NB
CCS Gray OPS Center
PO Box 6497
Sioux Falls, SD 57117-6497

TD Bank, USA
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

WEBBANK/FINGERHUT
6250 Ridgewood Rd.
Saint Cloud, MN 56303-0820

Wintrust Mortgage Corp
1 South 660 Midwest Road
Suite 100
Villa Park, IL 60181

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Rick E. Smith<br>Patricia L. Smith<br><br>Debtor(s). | Case # 19-11377<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis<br><br>Set for August 2, 2019 at 10:00 a.m. |

## TRUSTEE'S MOTION TO SELL REAL ESTATE
## FREE AND CLEAR OF LIENS AND ENCUMBRANCES

**Cindy M Johnson**, not individually but as the chapter 7 trustee (the "*Trustee*") of the bankruptcy estate of Rick E Smith and Patricia L Smith (the "*Debtors*"), by her attorneys, Cindy M Johnson and Carleen L Cignetto, of Johnson Legal Group, LLC respectfully requests the entry of an order, pursuant to 11 U.S.C. § 363(f), authorizing the Trustee to sell the real estate described herein, free and clear of liens and encumbrances states as follows:

### Jurisdiction

1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334.

2. Venue of the above captioned case (the "*Case*") and of this motion is proper pursuant to 28 U.S.C. §§1408 and 1409. Consideration of the motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(N).

3. The statutory basis for the relief sought in this motion are 11 U.S.C. §§ 363(f) and Rule 6004 and 2002 of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

4. On April 19, 2019 (the "*Petition Date*") the Debtors filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "*Bankruptcy Code*"), thereby initiating the Case.

5. Subsequent to the Petition Date, the Trustee was appointed as the interim case trustee. The Trustee now serves as permanent trustee and has the authority to seek the relief requested herein.

## THE PROPERTY

6. One of the assets of this Case was the real estate described as 14061 Franklin Ct., Plainfield, IL 60544 (the "*Property*").

7. The Property is the Debtor's primary residence which appears to be encumbered by a mortgage lien in favor of Chase and the Debtors have claimed a $30,000.00 exemption

## SALE OF THE PROPERTY

8. In furtherance of her duties, the Trustee selected Kim Wirtz and the firm of Century 21 Affiliated, as her real estate broker in this case (the "*Broker*").

9. On June 21, 2019, this Court entered an order approving the employment of a Broker with a 5% commission. (Docket #20)

10. The Broker initially believed the Property would sell for approximately $175,000.00.

11. On or about July 8, 2019, the Trustee received an offer (the "*Purchase Agreement*") to purchase the Property for the $175,000.00 list price (the "*Purchase Price*") from Veronica Perez (the "*Buyer*"). A true and correct copy of the Purchase Agreement is attached hereto as **Exhibit A**.

12. Pursuant to the terms of the Purchase Agreement, the Buyer deposited an initial $1,750.00 in earnest money, and have requested a closing before August 23, 2019.

## RELIEF SOUGHT

13. Pursuant to 11 U.S.C. §§ 363(f), the Trustee respectfully requests the entry of an order authorizing the Trustee to sell the Property to the Buyer on the terms set forth in the Purchase Agreement, free and clear of any encumbrances, liens or interests.

14. The Trustee requests authority to execute any and all documents necessary to complete the sale of the Property

15. The Trustee further requests authority to pay at the time of and from the proceeds of the closing, the following: (i) any unpaid real estate taxes; (ii) the real estate commission owed to the Broker in the amount of $8,750.00; (iii) mortgage lien in favor of Chase ;(iv) the usual and customary costs of closing the sale, including, but not necessarily limited to title charges, and transfer tax and (v.) Debtors $30,000.00 exemption.

## BASIS FOR THE RELIEF SOUGHT

16. In determining whether to approve a sale outside the ordinary course of business, various standards have been used, including a business judgment test, a good faith test determining whether the sale is fair and equitable, and a test to assess whether the transaction is in the best interest of the estate. *See, e.g., In re Olde Prairie Block Owner, LLC*, 2011 WL 1692145, *7 (Bankr. N.D. Ill. May 3, 2011); *In re Zeigler*, 320 B.R. 362, 381 (Bankr. N.D. Ill. 2005).

17. The Seventh Circuit has held that such a sale may be approved where the trustee has an "articulated business justification." *In re Schipper*, 933 F.2d 513, 515 (7th Cir. 1991); *see also In re Telesphere Communications, Inc.*, 179 B.R. 544, 552 (Bankr. N.D. Ill. 1999).

18. Moreover, a trustee's business judgment is entitled to substantial deference with respect to the procedures to be used in selling an estate's assets. *Id., In re Integrated Resources, Inc.*, 147 B.R. 650, 656-57 (S.D.N.Y. 1992). The paramount goal in any proposed sale of property of the estate is to maximize the estate. *See, e.g., Corp. Assets, Inc. v. Paloian*, 368 F.3d 761, 765 (7th Cir. 2004) (in a bankruptcy sale, the "governing principle . . . is to secure the highest price for the benefit of the estate and creditors).

19. The Trustee respectfully submits that in the exercise of her business judgment, the Purchase Agreement is both fair and equitable and in the best interests of the Debtors' estates.

## NOTICE

21. Trustee has provided 21 days' notice of this Motion to Debtors, Debtors' attorney, all parties entitled to notice who are listed on the CM/ECF service list and all creditors pursuant to Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE, Cindy M. Johnson**, Trustee, prays this Court to enter an order:

A. Approving the Trustee's sale of the real estate commonly known as "14061 Franklin Ct., Plainfield, IL 60544" to the Buyer for the Purchase Price of $175,000.00, free and clear of all liens, encumbrances, and interests;

B. Authorizing and approving the Trustee to pay from the sale proceeds at the time of closing: (i) any unpaid real estate taxes; (ii) the real estate commission owed to the Broker in the amount of $8,750.00; (iii) the mortgage lien of Chase (iv) Debtors homestead exemption in the amount of $30,000.00 and (v) the usual and customary costs of closing the sale, including, but not necessarily limited to title charges, transfer tax, and real estate tax pro-rations, if any;

C. Authorizing the Trustee to execute any documents as may be reasonable and necessary to consummate the sale of the Property to the Buyer.

D. Determining the notice given of the Motion to be sufficient, and that no

further notice is required; and

    E.    Granting such other and further relief as this Court deems just and fair.

Dated: July 12, 2019

**Cindy M Johnson,** not individually but as the chapter 7 trustee of the bankruptcy estate of Rick E Smith, and Patricia L Smith

By: */s/Carleen L Cignetto*
One of her Attorneys

Cindy M Johnson
Carleen L Cignetto
Johnson Legal Group, LLC
140 S Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306
Cmjtrustee@jnlegal.net