# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>Rick E Smith<br>Patricia L Smith<br><br>**Debtor.** | Case # 19-11377<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis<br><br>Set for August 9, 2019 at 10:00 a.m. |

## NOTICE OF MOTION

TO:  Attached Service List

PLEASE TAKE NOTICE that on August 9, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois, on the 2nd Floor of the Joliet City Hall building at 150 West Jefferson Street in Joliet, Illinois, or any other judge sitting in her place and stead, and shall then and there present the attached **TRUSTEE'S MOTION TO AMEND ORDER** at which time and place you may appear if you see fit.  A copy of said Motion is attached hereto and is herewith served upon you.

Respectfully submitted,

Cindy M. Johnson, not individually but as Chapter 7 Trustee of

/s/     Cindy M. Johnson
Chapter 7 Trustee

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

## CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on August 6, 2019

  /s/ Cindy M. Johnson

# SERVICE LIST

**Electronic Mail Notice List**

- Cindy M. Johnson     cmjtrustee@jnlegal.net, cjohnson@ecf.axosfs.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- David M Siegel     davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

**Manual Notice List**

**US Mail**

Rick E. Smith
Patricia L. Smith
14061 Franklin Court
Plainfield, IL  60544


PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541


Kim Wirtz
Century 21 Affiliated
1213 E 9th Street
Lockport, IL 60441

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>**Rick E Smith**<br>**Patricia L Smith**<br><br>**Debtor.** | **Case # 19-11377**<br><br>**Chapter 7**<br><br>**Honorable Pamela S. Hollis**<br><br>**Set for August 9, 2019 at 10:00 a.m.** |

### MOTION TO AMEND ORDER AUTHORIZING TRUSTEE TO SELL 14061 FRANKLIN CT., PLAINFIELD, IL 60544 FREE AND CLEAR OF LIENS AND ENCUMBRANCES ENTERED ON AUGUST 2, 2019

Cindy M. Johnson, not individually, but as Trustee of the bankruptcy estate of, Rick E Smith and Patricia L Smith submits her Motion to Amend the Order entered on August 2, 2019 (Docket #31) (the "Motion"), and states:

1. On August 2, 2019 this Court entered an Order Authorizing the Trustee to Sell 14061 Franklin Ct., Plainfield, IL 60455 Free and Clear of Liens and Encumbrances (Docket #31).

2. The order provided that from the sale proceeds at closing the Trustee was authorized to pay the Debtors homestead exemption in the amount of $30,000.00

3. Trustee seeks to amend order to provide for the payment of Debtor's homestead exemption in the amount of $15,000.00 as only a $15,000.00 homestead exemption was claimed as only Debtor Rick E Smith is entitled to the exemption.

WHEREFORE, the Trustee respectfully requests that the Court amend paragraph B of its Order entered August 2, 2019 (Docket #31) to provide for payment of Debtor's homestead exemption in the amount of $15,000.000 and granting such other and further relief as this Court may deem just and equitable.

                                                  Respectfully submitted,

                                                  Cindy M. Johnson, not individually but as Chapter 7 Trustee of Rick E Smith and Patricia L Smith

                                                  /s/    Cindy M. Johnson
                                                            Chapter 7 Trustee

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois 60603
(312) 345-1306