UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-11377 |
| Rick E Smith | ) | |
| Patricia L Smith | ) | Chapter:  7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER ON TRUSTEE'S MOTION TO AMEND ORDER ENTERED ON AUGUST 2, 2019 DOCKET #31**

This cause coming to be heard on Trustee's Motion to Amend Order Authorizing Trustee to Sell 14361 Franklin Ct., Plainfield, IL 60544 Free and Clear of Liens and Encumbrances Entered on August 2, 2019 due notice having been given, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

Paragraph B of the Order Authorizing Trustee to Sell 14361 Franklin Ct., Plainfield, IL 60544 Free and Clear of Liens and Encumbrances entered August 2, 2019 (Docket #31) is amended to provide for payment of Debtor's homestead exemption in the amount of $15,000.00.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 09, 2019

**Prepared by:**

Cindy M. Johnson
Johnson Legal Group, LLC
140 S. Dearborn St., Suite 1510
Chicago, Illinois 60603