IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | Case # 19-11377 |
|---|---|
| Rick E. Smith | Chapter 7 |
| Patricia L. Smith | |
| | Honorable Pamela S. Hollis |
| Debtor(s). | |
| | Set for October 18, 2019 at 10:00 a.m. |

## NOTICE OF MOTION

TO:  Attached Service List

PLEASE TAKE NOTICE that on October 18, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois, or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present Trustee's **Motion to Compel**, a copy of which is attached hereto and is hereby served upon you.

                                              /s/     Cindy M. Johnson
Cindy M. Johnson                                 Chapter 7 Trustee
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306


## CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on October 1, 2019.

                                               /s/ Cindy M. Johnson

# SERVICE LIST

**Electronic Mail Notice List**

- Cindy M. Johnson    cjohnson@jnlegal.net, KLindsey@jnlegal.net
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.axosfs.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David M Siegel    davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

**US Mail**

Rick E. Smith
Patricia L Smith
14061 Franklin Court
Plainfield, Il  60544

Alan D Lasko
Alan D Lasko & Associates, PC
205 West Randolph Street
Suite 1150
Chicago, IL 60606

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Kim Wirtz
Century 21 Affiliated-Lockport
1213 E 9th Street
Lockport, IL 60441

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case # 19-11377 |
| Rick E. Smith<br>Patricia L. Smith | Chapter 7 |
| | Honorable Pamela S. Hollis |
| Debtor(s). | Set for October 18, 2019 at 10:00 a.m. |

## MOTION TO COMPEL

NOW COMES, Cindy M. Johnson (hereafter, "Trustee"), not individually, but as trustee of the bankruptcy estate of Rick E. Smith, Patricia L. Smith and, in support of her Motion to Compel, states as follows:

1. On April 19, 2019, Rick E. Smith and Patricia L. Smith filed a joint voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code (hereafter, "Code").

2. Rick E. Smith and Patricia L. Smith ("Debtors") are the debtors in this case.

3. As a party in interest, Trustee is amply justified in requesting documents and information from debtors concerning (a) the acts of the debtors, (b) the conduct of the debtors, (c) the property of the debtors, (d) matters which may affect the administration of the debtor's estate, (e) the operation of any business and the desirability of its continuance, and (f) any other matter relevant to the case or the administration of the debtor's estate.

4. Based upon the schedules filed, Debtors testimony at the 341 meeting of creditors and other documents produced by the Debtors the Trustee determined that the case contained the following assets;

- Debtors residence located at 14061 Franklin Court, Frankfort, IL

- $77.96 in Debtors Chase bank account ending in 6613

- $835.88 in Debtors TCF bank checking account

- $163.00 equity in Debtors 2012 Chevrolet Sonic automobile and

- An unknown amount in a second Chase bank account which statements were not provided to Trustee.

5. On August 30, 2019 Trustee closed on the sale of Debtors residence a Report of Sale (Docket 34) has been filed with the Court.

6. The net proceeds from the sale of Debtors residence were not sufficient to pay all unsecured creditors that have filed claims in full, therefore, Trustee has an obligation to seek turnover of the remaining nonexempt assets to maximize return to creditors.

7. On September 12, 2019, Trustee's assistant, Carleen L Cignetto, emailed Debtors' attorney requesting turnover of the funds in the Chase bank account, TCF bank account, the equity in the 2012 Sonic and bank statements for the other Chase account ("Remaining Assets") on or before September 27, 2019.

8. Debtors' attorney failed to respond to Trustee assistant's email.

9. As of October 1, 2019, Debtor's attorney is still non-responsive, no documents requested have been produced, and the Remaining Assets have not been turned over.

WHEREFORE, Cindy M. Johnson, not individually, but as Trustee of the Estate of Rick E. Smith and Patricia L. Smith, asks this Honorable Court to enter to enter an order:

1. Compelling that the Debtors, within fourteen days, to turnover to the Trustee:

    a. $77.96 in Debtors Chase bank account ending in 6613

    b. $835.88 in Debtors TCF bank checking account

    c. $163.00 equity in Debtors 2012 Chevrolet Sonic automobile and

    d. 30 days of bank statements inclusive of April 19, 2019 for the Chase bank account which statements were not previously provided to Trustee.  and

2. Granting such other and further relief as is just and equitable.

    Respectfully submitted,
    Cindy M. Johnson, not individually, but as Trustee of the Estate of Rick E. Smith and Patricia L Smith

    /s/     Cindy M. Johnson
    Chapter 7 Trustee

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306